IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| AQUALLIANCE, a Not-for-Profit Corporation, 539 Flume Street, Suite 200, Chico, CA 95928,<br><br>　　　Plaintiff,<br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, 1335 East West Highway, Silver Spring, MD 20910<br><br>　　　Defendant. | Case No. CIV 17-2108<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

## I. INTRODUCTION

1. The Defendant National Oceanic and Atmospheric Administration (NOAA) has violated the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), by unlawfully failing to timely issue a determination in response to a records request by Plaintiff AquAlliance, regarding the Oroville Dam in California. This lawsuit requests an order declaring that NOAA has violated FOIA, and enjoining the agency to issue a determination and provide AquAlliance with the records it has requested.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Venue in this Court is proper under 5 U.S.C. § 552(a)(4)(B), which provides venue for FOIA cases in this district.

1

### III. PARTIES

4. Plaintiff AQUALLIANCE is a not-for-profit organization dedicated to defending northern California waters and to challenging threats to the hydrologic health of the northern Sacramento River watershed.  To that end, it has requested records from NOAA seeking information on the environmental impacts of the Oroville Dam in the watershed.

5. Defendant NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION (NOAA) is a federal agency within the United States Department of Commerce.  NOAA is responsible for responding to FOIA requests submitted to it, and so is sued as a Defendant in this action.

6. The Defendant's violations of law have denied Plaintiff the information to which it is entitled, and Plaintiff and its members are injured by its inability to protect the environment affected by the Oroville Dam, and by the deprivation of government information to which they are entitled.

### IV. FACTS AND LAW

7. On August 25, 2017, AquAlliance sent a FOIA request to NOAA requesting "a copy of any and all records regarding water quality, aquatic species, and asbestos downstream of Oroville Dam from January 1, 2017 to the present."  AquAlliance emailed this request to the agency's FOIA office that day.

8. The agency did not issue a determination within the statutory 20 working day deadline of FOIA, which was September 25, 2017, nor has it issued such a determination or provided AquAlliance with any responsive records to this date,

despite inquiries to NOAA by AquAlliance. *See* 5 U.S.C. § 552(a)(6)(A).

## V. CLAIM FOR RELIEF

9. The above paragraphs are incorporated here by reference.

10. FOIA states that "[e]ach agency, upon a request for records . . . shall—(i) determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor . . . ." 5 U.S.C. § 552(a)(6)(A). Further, each agency "shall make the records promptly available" to the requester. 5 U.S.C. § 552(a)(3)(A).

11. NOAA has failed to issue such a determination on AquAlliance's records request, or provided any documents to AquAlliance, and so has violated FOIA.

## VI. REQUEST FOR RELIEF

FOR THESE REASONS, the Plaintiff respectfully requests that this Court enter judgment providing the following relief:

1. Declare that Defendant violated FOIA by failing to issue a determination on Plaintiff's records request within FOIA's deadline, and by failing to produce any records;

2. Direct by injunction that Defendant immediately issue a determination on Plaintiff's records request and provide the Plaintiff with the records it has requested;

3. Grant the Plaintiff its costs of litigation, including reasonable attorney fees as provided by FOIA, 5 U.S.C. § 552(a)(4)(E); and

4. Provide such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED October 11, 2017.

    /s/Matt Kenna
Matt Kenna, D. D.C. Bar # CO0028
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
(970) 749-9149
matt@kenna.net

    /s/Rachel S. Doughty
Rachel S. Doughty, D. D.C. Bar # CA00022
Greenfire Law, PC
1202 Oregon Street
Berkeley, CA 94702
Telephone: (828) 424-2005
rdoughty@greenfirelaw.com

Attorneys for Plaintiff